UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BARNETT, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BERNARD GARRIGAN, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02585-VC<br><br>**SUPPLEMENTAL ORDER ON SANCTIONS**<br><br>Re: Dkt. Nos. 100, 112 |

　　　　Pursuant to the Court's inherent power, Andrew Barnett is sanctioned for his conduct during the deposition of Christine Pfeffer.

　　　　Under its inherent power, a court may "fashion an appropriate sanction for conduct which abuses the judicial process." *Chambers v. NASCO*, 501 U.S. 32, 44-45 (1991); *see Claypole v. County of Monterey*, 2016 WL 145557, at *5 (N.D. Cal. Jan. 12, 2016). Before imposing such a sanction, a court must "specifically find[] bad faith or conduct tantamount to bad faith." *Fink v. Gomez*, 239 F.3d 989, 994 (9th Cir. 2001). And, to comport with the requirements of due process, the sanctioned party must have notice and the opportunity to respond. *Chambers*, 501 U.S. at 50.

　　　　Sanctions are appropriate here. Some of Barnett's interruptions during the deposition were disruptive but not obviously in bad faith. However, two incidents escalated to personal attacks on the defendants and defendants' counsel. This included calling counsel a liar and making inappropriate comments about the defendant's physical appearance. The Court finds that these comments were made in bad faith. Additionally, the requirements of due process have been satisfied: Barnett had notice of the challenged misconduct and the allegation of bad faith and

exercised his opportunity to respond.

Therefore, to deter future misconduct and to provide a remedy to the defendant and defendants' counsel—who bore the brunt of Barnett's comments—Barnett is ordered to transmit $600 to defense counsel Jason Balogh ($400 of which is to compensate Kyla Nored and $200 of which is to compensate Balogh) by Wednesday, January 26, 2022. Also by January 26, Barnett shall submit a declaration to the Court confirming his compliance with this order.

**IT IS SO ORDERED.**

Dated: January 20, 2022

VINCE CHHABRIA
United States District Judge