UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BARNETT, et al., | Case No.  20-cv-02585-VC |
| Plaintiffs, | |
| v. | **ORDER LIFTING CONTEMPT ORDER** |
| BERNARD GARRIGAN, et al., | Re: Dkt. No. 184 |
| Defendants. | |

Ms. Pfeffer has provided information discussed at the contempt hearing and the defendants have not objected to its sufficiency. The contempt order regarding Ms. Pfeffer is therefore lifted.

**IT IS SO ORDERED.**

Dated: October 17, 2022

VINCE CHHABRIA
United States District Judge