UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BARNETT, et al.,<br><br>        Plaintiffs,<br><br>      v.<br><br>BERNARD GARRIGAN, et al.,<br><br>        Defendants. | Case No. 20-cv-02585-VC<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR COSTS**<br><br>Re: Dkt. No. 242 |

The defendants' request for costs is denied for two related reasons. First, a cost award would impose an undue financial hardship on the plaintiffs given their limited financial resources. *See Wrighten v. Metropolitan Hospitals*, 726 F.2d 1346, 1357–58 (9th Cir. 1984); *Association of Mexican-American Educators v. State of California*, 231 F.3d 572, 592 (9th Cir. 2000) (noting approval of cases "refusing to award costs to a prevailing party" on the basis of "the losing party's limited financial resources"). Second, this was a close case; the plaintiffs' lawsuit was not at all frivolous, and thus there is no need for deterrence. *Cf. National Organization for Women v. Bank of California, National Association*, 680 F.2d 1291, 1294 (9th Cir. 1982).

**IT IS SO ORDERED.**

Dated: August 24, 2023

_____
VINCE CHHABRIA
United States District Judge